**STATE of Missouri, Respondent,**

v.

**Richard L. HARRINGTON, Appellant.**

**No. WD 38241.**

Missouri Court of Appeals,
Western District.

Nov. 25, 1986.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Dec. 23, 1986.

Application to Transfer Denied
Feb. 17, 1987.

Sean D. O'Brien, Public Defender, Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of burglary of the first degree, § 569.160 RSMo 1978, and stealing without consent, § 570.030 RSMo Cum.Supp.1984, and two concurrent sentences of twelve years' imprisonment.

Affirmed. Rule 30.25(b).